JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D.C.,[1] <br><br>         Plaintiff, <br><br>     v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, <br><br>         Defendant. | Case No. 5:21-cv-02083-JC <br><br> JUDGMENT |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is AFFIRMED.


DATED:   January 4, 2023

                                     /s/
                          Honorable Jacqueline Chooljian
                          UNITED STATES MAGISTRATE JUDGE

---

[1]Plaintiff's name is partially redacted to protect his privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.